USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/2025

**PADUANO & WEINTRAUB LLP**
1251 AVENUE OF THE AMERICAS, NINTH FLOOR
NEW YORK, NEW YORK 10020
212-785-9100
www.pwlawyers.com

1901 AVENUE OF THE STARS
SUITE 1458
LOS ANGELES, CALIFORNIA 90067
310-622-9200

July 7, 2025

**VIA ECF**

Hon. Analisa Torres
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15D
New York, New York 10007-1312

    Re:    <u>Ressler v. The Real Brokerage Inc. et al.</u>, No. 1:25-cv-04863-AT

Your Honor:

    We represent Defendants The Real Brokerage Inc. and Real Broker, LLC (together, "Defendants") in the above-referenced matter.

    We write to inform the Court that on July 3, 2025, in accordance with Rule III(B)(ii) of Your Honor's Individual Practices in Civil Cases, Defendants served counsel for Plaintiff Michelle Ressler ("Plaintiff") with a letter outlining pleading deficiencies in the Complaint that Defendants assert would warrant dismissal (the "Pre-Motion Letter"). We understand that pursuant to Your Honor's Individual Practices, Plaintiff's response to Defendants' Pre-Motion Letter is due on July 11, 2025, five (5) business days after receipt of the Pre-Motion Letter, and that thereafter, Defendants' response to the Complaint and/or letter to the Court seeking leave to file a motion to dismiss will be due on July 18, 2025, five (5) business days after Plaintiff's response to the Pre-Motion Letter.

    Accordingly, we respectfully request that the Court extend the deadline for Defendants to answer, move or otherwise respond to the Complaint from July 7, 2025 [Dkt. 10] to July 18, 2025.

    GRANTED.

    SO ORDERED.

Dated: July 8, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge