# PADUANO & WEINTRAUB LLP
1251 AVENUE OF THE AMERICAS, NINTH FLOOR
NEW YORK, NEW YORK 10020
212-785-9100
www.pwlawyers.com

1901 AVENUE OF THE STARS
SUITE 1458
LOS ANGELES, CALIFORNIA 90067
310-622-9200

August 25, 2025

**VIA ECF**

Honorable Analisa Torres
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15D
New York, New York 10007-1312

    Re:    Michelle Ressler v. The Real Brokerage Inc. and Real Broker, LLC,
              Case No. 1:25-cv-04863-AT

Judge Torres:

       We represent Defendants The Real Brokerage Inc. and Real Broker, LLC (collectively, "Defendants") in the above-referenced matter. Counsel for Plaintiff Michelle Ressler ("Plaintiff"), copied here, joins in this message.

       We write to inform the Court that the parties have agreed to attempt to mediate their dispute. The parties intend to schedule the mediation as soon as the parties' and prospective mediator's schedules permit, which they anticipate being within the next 60-90 days.

       Accordingly, the parties jointly and respectfully request that the Court stay all deadlines in the action, including, but not limited to, the deadline for Defendants to file their response to Plaintiff's First Amended Complaint, dated July 25, 2025 (Dkt. No. 19), with Defendants' anticipated counterclaims related to Plaintiff's alleged personal expenses. We further respectfully request that the Court set a control date of October 10, 2025, upon which date the parties will jointly submit a status report to the Court.

       We thank the Court for its courtesies.

Respectfully submitted,

**/s/ Alicia Valenti**

Alicia Valenti

cc: All counsel of record (via ECF)