UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MICHELLE RESSLER,

        Plaintiff,

   v.

THE REAL BROKERAGE INC. and
REAL BROKER LLC,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 1:25-cv-04863-AT

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that Ari J. Silverman of the law firm of Paduano & Weintraub LLP, 1251 Avenue of the Americas, Ninth Floor, New York, New York 10020 hereby enters his appearance as counsel for Defendants The Real Brokerage Inc. and Real Broker, LLC in the above-captioned action and certifies that he is admitted to practice in this Court.

Dated: New York, New York
       August 25, 2025

                                    PADUANO & WEINTRAUB LLP

                                    By: /s/ Ari J. Silverman
                                         Meredith Cavallaro
                                         Ari J. Silverman
                                         Alicia Valenti
                                    1251 Avenue of the Americas, Ninth Floor
                                    New York, New York 10020
                                    (212) 785-9100

                                    Attorneys for Defendants
                                    The Real Brokerage Inc. and Real Broker, LLC