

Advocates for Workplace Fairness

October 10, 2025

**Via ECF**
The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      **Re: *Michelle Ressler v. The Real Brokerage Inc. et al.*, No. 1:25-cv-04863-AT**

Dear Judge Torres:

  We represent the Plaintiff, Michelle Ressler, in the above-referenced matter. Pursuant to Your Honor's August 26, 2025 Order granting the Parties' motion to stay (ECF No. 22), the Parties write jointly to update the Court on the status of mediation. The Parties are scheduled for a full-day private mediation on October 30, 2025 and respectfully suggest a deadline of November 6, 2025 to update the Court on the outcome of the mediation.

            Respectfully submitted,

            /s/ Allison L. Van Kampen
            Allison L. Van Kampen
            Outten & Golden LLP
            685 Third Avenue, 25th Floor
            New York, NY 10017
            *Counsel for the Plaintiff*

cc: All Parties (via ECF)