

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/14/2025__
```

Advocates for Workplace Fairness

October 10, 2025

**Via ECF**
The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Michelle Ressler v. The Real Brokerage Inc. et al., No. 1:25-cv-04863-AT*

Dear Judge Torres:

      We represent the Plaintiff, Michelle Ressler, in the above-referenced matter. Pursuant to Your Honor's August 26, 2025 Order granting the Parties' motion to stay (ECF No. 22), the Parties write jointly to update the Court on the status of mediation. The Parties are scheduled for a full-day private mediation on October 30, 2025 and respectfully suggest a deadline of November 6, 2025 to update the Court on the outcome of the mediation.

      Respectfully submitted,

/s/ Allison L. Van Kampen
Allison L. Van Kampen
Outten & Golden LLP
685 Third Avenue, 25th Floor
New York, NY 10017
*Counsel for the Plaintiff*

cc:   All Parties (via ECF)

GRANTED.  By **November 6, 2025**, the parties shall file a joint update regarding the status of mediation.

SO ORDERED.

Dated: October 14, 2025
       New York, New York

ANALISA TORRES
United States District Judge