

Advocates for Workplace Fairness

November 6, 2025

**Via ECF:**
The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                **Re:** *Michelle Ressler v. The Real Brokerage Inc. et al.*, No. 1:25-cv-04863-AT

Dear Judge Torres:

     We represent the Plaintiff, Michelle Ressler, in the above-referenced matter. In accordance with Your Honor's August 26, 2025 Order granting the Parties' motion to stay (ECF No. 22) and October 14, 2025 Order directing the parties to submit a joint update by November 6, 2025 (ECF No. 24), the Parties write jointly to inform the Court that following the October 30 mediation, the parties have reached a settlement in principle. The parties respectfully request that the Court extend all deadlines until December 17, 2025 while the Parties finalize the terms of a written settlement agreement and fully resolve this matter.

                                               Respectfully submitted,

                                               /s/ Allison L. Van Kampen
                                               Allison L. Van Kampen
                                               Outten & Golden LLP
                                               685 Third Avenue, 25th Floor
                                               New York, NY 10017
                                               *Counsel for the Plaintiff*

cc:     All Parties (via ECF)